```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
```

FILED

MAY 3 1 2012

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO. 1:12CR113 LJO |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| BRIAN GOODMAN, | |
| Defendant. | |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to BRIAN GOODMAN, and be made public record.

DATED: 5/31/12

BARBARA A. MCAULIFFE
U.S. Magistrate Judge