JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN GOODMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-cr-00113 LJO-SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO CHANGE OF PLEA HEARING; ORDER |
| v. ) | |
| BRIAN GOODMAN, ) | |
| ) | Date: April 15, 2013 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant Brian Goodman, that the status conference set for April 1, 2013 at 1:00 p.m. before Judge Oberto, **may be rescheduled to a change of plea hearing on April 15, 2013 at 8:30 a.m.** before Judge O'Neill.

The requested continuance is necessary because Mr. Goodman has executed a plea agreement, nullifying the necessity for an additional status conference before the Magistrate court. It also permits Mr. Goodman to complete his program at West Care. The requested continuance will conserve time and resources for both counsel and the court.

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 28, 2013    By:    /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 28, 2013    By:    /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
BRIAN GOODMAN

## **O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

**Dated:    March 28, 2013**        /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE