UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12CR00113 LJO |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| BRIAN GOODMAN | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

A.  Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

    __X__ (1)  There is probable cause to believe this defendant has committed a Federal, State or local crime while on release, to wit : Refusal to obey a lawful state court family law order.

    __X__ (2)  That based on the factors set forth in Section 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not pose a danger to the safety of any other person or the community;

  __X__  (3)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

Dated: June 12, 2013                                      /s/ Lawrence J. O'Neill  
                                                                                 UNITED STATES DISTRICT JUDGE